FILED

OCT 2 9 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., and CITIZENS LOCAL ENVIRONMENTAL ACTION NETWORK, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GASTON COPPER RECYCLING CORPORATION, <br><br> Defendant. | Civil Action No. 3:92-2574-0 <br><br><br> **DEFENDANT'S MOTION TO STRIKE** |

Defendant moves pursuant to Rule 7(b)(1) for an Order striking the Affidavits of Guy Jones, Edythe Long Shealy, Barry Dwayne Shealy and Judy Turnipseed attached to Plaintiffs' Reply Brief in Support of Their Motion to Amend Findings of Fact and Conclusions of Law and to Alter or Amend the Judgment with Regard to Their Standing on the grounds that Plaintiffs, by submitting the aforesaid Affidavits, have improperly attempted to open the record in this case without Order of the Court. This Motion is supported by the accompanying Defendant's Consolidated Response to Plaintiffs' Briefs on the Issue of Standing

1

Respectfully submitted,

*(signature)*

Harold W. Jacobs, ID #2055
NEXSEN PRUET JACOBS POLLARD &
    ROBINSON, LLC
205 King Street, Suite 400
P.O. Box 486
Charleston, South Carolina  29402
(843) 577-9440
ATTORNEYS FOR DEFENDANT

October 29, 2003
Charleston, South Carolina

NPCHAR1:232400.1-MO-(HWJ) 017471-00003