**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

NOV 17 2003

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

FRIENDS OF THE EARTH, INC., *et al.*,   )
                                             )
                    Plaintiffs,   )
                                          )
       v.                              )    Civil No. 3:92-2574-O
                                          )
GASTON COPPER RECYCLING     )
CORPORATION,                )
                                          )
                  Defendant.   )

## AFFIDAVIT OF GUY JONES

I, Guy Jones, do affirm and state:

1. I am a member of both the Citizens Local Environmental Action Network, Inc. (CLEAN) and Friends of the Earth (FOE).

2. At the trial in this case, I testified that I was the majority owner and president of River Runner Outdoor Center. I continue to be majority owner and president of River Runner Outdoor Center.

3. Since the trial in this case, I have canoed at the confluence of Bull Swamp Creek and the North Fork of the Edisto River.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2003.

                                                      GUY JONES

200