IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE EARTH, INC.] AND CITIZENS LOCAL ENVIRONMENTAL ACTION ] NETWORK, INC. | | |
| Plaintiffs, ] | | C/A3:92-2574-10 |
| vs. ] | | |
| ] | | O R D E R |
| GASTON COPPER RECYCLING] CORPORATION, | | |
| Defendant. ] | | |

On consideration of the defendant's Motion to Alter or Amend Judgment under Rules 52(b), 59(e), 60(a), and 60(b) and the memoranda submitted in support of and opposition thereto,

It is Ordered that the defendant's motion to alter or Amend Judgment under Rules 52(b), 59(e), 60(a) and 60(b) are denied.

It is Ordered that the Court's July 18, 2003 Findings of Fact and Conclusions of Law are modified as follows:

1. Paragraphs 64 and 65 (pp.36-37) are deleted.

2. The number of reporting violations for which defendant was found liable in Finding of Fact No. 93 (p. 47) and Conclusion of Law No 6 (p. 53) is reduced from 323 to 317.

1

In all other respects, the Court's Order and Findings of Fact and Conclusions of Law of July 18, 2003 and its Judgement of July 21, 2003, remain in full force and effect.

The parties may submit their arguments concerning the plaintiffs' application for an award of litigation costs which was filed September 16, 2003 on or before August 1, 2006.

**IT IS SO ORDERED.**

SENIOR UNITED STATES DISTRICT JUDGE

**May 22, 2006**
**Columbia, South Carolina.**