# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA,
# COLUMBIA DIVISION

| | |
|---|---|
| FRIENDS OF THE EARTH, INC. and CITIZENS LOCAL ENVIRONMENTAL ACTION NETWORK, <br><br> Plaintiffs, <br><br> vs. <br><br> GASTON COPPER RECYCLING CORPORATION, <br><br> Defendant. | C/A No.: 3:92-2574-0 (MJP) <br><br> **NOTICE OF APPEAL** |

Pursuant to Rule 4 of the <u>Federal Rules of Appellate Procedure</u>, the Defendant, Gaston Copper Recycling Corporation, appeals to the United States Court of Appeals for the Fourth Circuit from the following orders, decisions, judgments, <u>etc.</u>: (a) the Order entered in this action on July 18, 2003; (b) from the findings of fact and conclusions of law entered in this action on July 18, 2003; (c) from the Judgment in a Civil Case entered in this action on July 21, 2003; (d) from the Order entered in this action on September 19, 2005; (e) from the Order on Defendant Gaston Copper's Motion to Alter or Amend the Judgment, entered in this action on May 22,

2006; and (f) from all other orders adverse to Defendant Gaston Copper in this action, including any adverse order that may be subsequently entered in this action awarding attorneys' fees and/or costs against Defendant Gaston Copper.

        Respectfully submitted,

        **NEXSEN PRUET, LLC**

        By:  **s/Stephen P. Groves, Sr.**

            Harold W. Jacobs, Esquire
            Federal I.D. No. 2055
            Stephen P. Groves, Sr., Esquire
            Federal I.D. No. 2490
            205 King Street, Suite 400
            Charleston, South Carolina  29402
            Telephone:   843.577.9440
            Telecopier:   843.720.1777

        *Attorneys for the Defendant/Appellant,*
          *Gaston Copper Recycling Corporation*

Charleston, South Carolina

June 20, 2006

## CERTIFICATE OF SERVICE

I, Stephen P. Groves, Sr., Esquire hereby certify that on June 20, 2006, a copy of the Notice of Appeals filed by the Defendant, Gaston Copper Recycling Corporation, was served upon the following counsel by first class mail, postage prepaid, and addressed as follows:

Robert Guild, Esquire
314 Pall Mall
Columbia, South Carolina  29201

Bruce J. Terris, Esquire
Kathleen L. Millian, Esquire
*TERRIS, PRAVLIK & MILLIAN*
1121 12th Street, NW
Washington, DC 20005

*Attorneys for the Appellees*

s/Stephen P. Groves, Sr.
Stephen P. Groves, Sr., Esquire

Charleston, South Carolina

June 20, 2006

NPCHAR1:305966.1-PG-(SPG) 017471-00003