UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>GASTON COPPER RECYCLING )<br>CORPORATION, )<br>)<br>Defendant. | Civil No. 3:92-2574-MJP |

**[PROPOSED] ORDER**

Upon reviewing Plaintiffs' Application for an Award of Litigation Costs, Including Attorneys' Fees and Expert Witness' Fees [Doc. 185], along with the defendant's response and the argument of counsel at the hearing on May 22, 2007, this court grants the following relief:

1. Plaintiffs' Application for an Award of Litigation Costs, Including Attorneys' Fees and Expert Witness' Fees [Doc. 185] is granted in part and denied in part.

2. Plaintiffs are awarded attorneys' fees, costs, and expenses, for the period ending August 31, 2003, in the amount of $_____.

3. Plaintiffs' request for attorneys' fees and expenses related to the plaintiffs' permit challenge before the South Carolina Board of Health and Environmental Control is denied.

4. Any objections made and/or further relief requested with regard to the plaintiffs' application for fees and expenses, if not expressly granted herein, are denied.

Signed this _____ day of _____ 2007.

_____
MATTHEW J. PERRY, JR.

SENIOR UNITED STATES DISTRICT JUDGE