UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

FRIENDS OF THE EARTH, INC., *et al.*,   )
                                        )
            Plaintiffs,                 )
                                        )
    v.                                  )
                                        )   Civil No. 3:92-2574-O
                                        )
GASTON COPPER RECYCLING                 )
CORPORATION,                            )
                                        )
            Defendant.                  )

## AFFIDAVIT OF WILLIAM D. ANDERSON, JR.

I, William D. Anderson, Jr., do affirm and state:

1.  I have been a member of Friends of the Earth since 1999.

2.  I am a Professor Emeritus at the College of Charleston and currently occupy office and research space at the College's Grice Marine Biological Laboratory on James Island near Charleston, South Carolina, where I conduct research on fishes. From 1969 to 1996, I was Associate Professor (1969-1979) and Professor (1979-1996) of Biology at the College of Charleston.

3.  I have made periodic visits to the Edisto River for over 50 years. These visits have taken me to many different locations on the river, a number of them on the North Fork and main stem of the Edisto. These locations may be seen in the *DeLorme South Carolina Atlas & Gazetteer* ("Atlas"), which is attached to plaintiffs' summary judgment motion as Exhibit 5.

PLAINTIFFS' EXHIBIT 3

4. One place on the Edisto River that I have visited a number of times is Givhans Ferry State Park, which may be seen on page 54 of the Atlas at F5. My family and I have enjoyed picnicking and other recreational activities near the River in this State Park, and I have taken some of my classes at the College of Charleston to view this part of the River. My most recent trip to Givhans Ferry State Park was in the summer of 2003, after canoeing with a friend upstream of the Park at another locality on the Edisto.

5. Another place I have visited is the McAlhany Nature Preserve (owned by the Charleston Natural History Society) on the Edisto River near St. George. On at least two occasions in the early 1990's, I (along with colleagues and students) visited the preserve to study the local biota. The preserve is not labeled in the Atlas, but its location may be seen on page 54 of the Atlas at ca. D1.

6. Other trips include a visit in the early 1970's to a garden owned by the American Rose Society on the North Fork of the Edisto River in Orangeburg, where my family and I walked along the River and looked at the sights. This area may be seen on page 45 of the Atlas at G9. In 1972, I went by boat on the Edisto near Canadys (its approximate location is shown on page 54 of the Atlas at E2) with two people who were disturbed about the ash that was being carried into the River from a nearby coal-fired plant.

7. As a result of my trips to the Edisto River, I have developed a deep appreciation for its natural beauty and look forward to future visits. The River furnishes a relaxing and peaceful environment in which to commune with nature. All of the localities on the Edisto that I have visited are beautiful and each beckons me back. I would certainly like to return to the places on the Edisto that I have previously visited. Given the time and appropriate arrangements, I would like to float the entire length of the river.

8.  I care very much about the health of the Edisto River. It is important to me that the water be of the highest quality so that it can be used for swimming, boating, and fishing and provide suitable habitat for the plants and animals that live in and adjacent to it. It deeply concerns me that certain reaches of the River may be polluted, making it far less likely that I would visit those areas.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2008.

_____
WILLIAM D. ANDERSON, JR.