UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

FRIENDS OF THE EARTH, INC., *et al.*, )
)
                Plaintiffs, )
)
        v. )
)   Civil No. 3:92-2574-O
GASTON COPPER RECYCLING )
CORPORATION, )
)
                Defendant. )
)

## AFFIDAVIT OF GREG FLEISCHER

I, Greg Fleischer, do affirm and state:

1. I am an Environmental Scientist for Carpenter Environmental Associates, Inc., an environmental science and engineering firm.

2. On May 19, 2008, I canoed in Bull Swamp Creek and the North Fork of the Edisto River. I also drove to certain locations on the Edisto River.

3. During this trip, I took the photographs in Exhibits 6 - 9 to plaintiffs' motion for summary judgment.

4. The photograph in Exhibit 6 was taken at the boat launch at Slab Landing Road. The location of this boat launch may be seen in the *DeLorme South Carolina Atlas & Gazetteer* ("Atlas"), which is attached to plaintiffs' summary judgment motion as Exhibit 5, on page 45 at E7.

5. The photographs in Exhibit 7 were taken at or near the confluence of Bull Swamp Creek and the North Fork of the Edisto River. The location of the confluence may be seen on page 45 of the Atlas at E7.

PLAINTIFFS'
EXHIBIT
4

6. The photographs in Exhibit 8 were taken at or near Baughman's Landing, which is near Shillings Bridge Road. The location of the boat launch at Shillings Bridge Road may be seen on page 45 of the Atlas at F9.

7. The photographs in Exhibit 9 were taken at or near the Edisto Gardens in Orangeburg. The location of the Edisto Gardens may be seen on page 45 of the Atlas at F9.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May ___, 2008.

GREG FLEISCHER