Exhibit 5 to Plaintiffs' Summary Judgment Motion is the DeLorme *South Carolina Atlas & Gazetteer*. With the permission of the Court, this exhibit will be filed with the Court and served on parties in hard copy rather than being filed electronically. The Court has granted plaintiffs permission to file the exhibit with the Court by mailing the exhibit to the Court on the date of the filing. A certificate of service is attached.

# CERTIFICATE OF SERVICE

I hereby certify this 2nd day of June 2008, that I have caused a copy of Exhibit 5 to Plaintiffs' Motion for Summary Judgment, the DeLorme *South Carolina Atlas & Gazetteer*, to be delivered via first-class mail to the following:

Jeffrey M. Gaba
Stacy R. Obenhaus
John W. Slates
Gardere Wynne Sewell
1601 Elm Street
Suite 2700
Dallas, TX 75201

Stephen P. Groves
Harold W. Jacobs
Nexsen Pruet Jacbos Pollard and Robinson
Post Office Box 486
Charleston, SC 29401

Susan M. Halpern
Culp Dyer and Halpern
222 East McKinney Street
Denton, TX 76201

John W. Sither
U.S. Department of Justice
Environmental Enforcement Section
Post Office Box 7611
Washington, DC 20044-7611

_____
JANICE GORIN