**Slab Landing Road**



**Plaintiffs' Exhibit 6**