# Confluence of Bull Swamp Creek and Edisto River



**Slightly upstream of confluence**



**View of confluence from Bull Swamp Creek**



**Slightly downstream of confluence**