**Shillings Bridge Road (Baughman's Landing)**



**Plaintiffs' Exhibit 8**

