# Edisto Gardens



**Plaintiffs' Exhibit 9**

