UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:92-2574-O |
| ) | |
| GASTON COPPER RECYCLING ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S EXHIBIT 603**

### AFFIDAVIT OF GUY JONES

I, Guy Jones, do affirm and state:

1. I am a member of both the Citizens Local Environmental Action Network, Inc. (CLEAN) and Friends of the Earth (FOE).

2. At the trial in this case, I testified that I was the majority owner and president of River Runner Outdoor Center. I continue to be majority owner and president of River Runner Outdoor Center.

3. Since the trial in this case, I have canoed at the confluence of Bull Swamp Creek and the North Fork of the Edisto River.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2003.

_____
GUY JONES

**PLAINTIFFS' EXHIBIT 11**