1  ARE SUFFERING MAKES ME FEEL BETTER.

2          THE COURT:  ALL RIGHT, YOU MAY PROCEED.

3          MR. WAGNER:  YOUR HONOR, THE PLAINTIFF CALLS GUY

4  JONES.

5                      GUY JONES, SWORN

6                      DIRECT EXAMINATION

7  BY MR. WAGNER:

8  Q.   MR. JONES, WHERE DO YOU LIVE?

9  A.   I LIVE IN COLUMBIA, SOUTH CAROLINA.

10 Q.   ARE YOU EMPLOYED?

11 A.   YES, I AM.

12 Q.   BY WHOM?

13 A.   RIVER RUNNER OUTDOOR CENTER.

14 Q.   WHO OWNS RIVER RUNNER?

15 A.   I'M ONE OF THE OWNERS, I'M THE MAJORITY OWNER.

16 Q.   HOW MUCH OF RIVER RUNNER DO YOU OWN?

17 A.   ABOUT 60 PERCENT.

18 Q.   WHAT POSITION DO YOU HOLD WITH RIVER RUNNER?

19 A.   I'M THE PRESIDENT.

20 Q.   WHAT DOES RIVER RUNNER DO?

21 A.   RIVER RUNNER IS A RETAILER OF CANOES AND KAYAKS AND

22 OUTDOOR EQUIPMENT AND ALSO PROVIDES CANOE TRIPS FOR THE

23 GENERAL PUBLIC.

24 Q.   WHAT DOES PROVIDING A CANOE TRIP ENTAIL?

25 A.   A CANOE TRIP INVOLVES ASSEMBLING A GROUP OF INTERESTED

1  PEOPLE AND TAKING THEM TO A RIVER OR LAKE AREA AND CONDUCTING

2  A CANOE OR KAYAKING TRIP.

3  Q.   WHO ARE YOUR CLIENTS?

4  A.   OUR CLIENTS ARE JUST INDIVIDUALS, BUSINESSES, SCHOOLS, A

5  VARIETY OF THE PUBLIC.

6  Q.   DO YOU GUIDE TRIPS YOURSELF?

7  A.   YES, I DO.

8  Q.   ARE YOU THE ONLY GUIDE EMPLOYED BY RIVER RUNNER?

9  A.   NO, WE HAVE ABOUT EIGHT GUIDES.

10  Q.   HOW LONG HAS RIVER RUNNER BEEN IN BUSINESS?

11  A.   SINCE 1983.

12  Q.   HOW MANY CANOE TRIPS A YEAR DOES RIVER RUNNER CONDUCT?

13  A.   WE DO PROBABLY ABOUT 50 OR 75 CANOE TRIPS A YEAR.

14  Q.   HOW MANY CANOE TRIPS A YEAR DO YOU GUIDE YOURSELF?

15  A.   PROBABLY ABOUT 25.

16  Q.   WHO MAKES THE REST OF THE TRIPS?

17  A.   OUR OTHER PART-TIME GUIDES.  THESE ARE NOT FULLTIME

18  PEOPLE BUT THEY WORK WITH US PART-TIME.

19  Q.   WHERE DO RIVER RUNNER CANOE TRIPS TAKE PLACE?

20  A.   IN RIVERS AND LAKES ALL AROUND SOUTH CAROLINA, INCLUDING

21  THE EDISTO.

22  Q.   WHAT PARTS OF THE EDISTO RIVER DO RUNNER CANOE TRIPS TAKE

23  PLACE ON?

24  A.   WELL, WE CANOE FROM THE MAIN STEM, AN AREA THAT IS

25  DESCRIBED AS GREEN POND CHURCH, TO COLLETON STATE PARK.

1  ANOTHER AREA IS FROM SHILL'S (PHONETIC) BRIDGE TO THE EDISTO

2  GARDENS IN ORANGEBURG, AND ANOTHER IS FROM A LOCATION CALLED

3  ROWESVILLE DOWN TO A LOCATION CALLED BRANCHVILLE.  BOTH OF

4  THOSE TWO TRIPS ARE ON THE NORTH FORK OF THE EDISTO.

5  Q.   OF THE TRIPS THAT YOU TAKE ON TO THE NORTH FORK OF THE

6  EDISTO, WHERE ON THE NORTH FORK DO THOSE TAKE PLACE?

7  A.   WELL, THE FIRST ONE, SHILL'S BRIDGE, IS ABOVE ORANGEBURG

8  AND THE SECOND ONE IS BELOW ORANGEBURG.

9  Q.   REMIND ME, WHICH IS THE PORTION, THE SECOND ONE BELOW

10  ORANGEBURG?

11  A.   THAT IS THE AREA CALLED ROWESVILLE DOWN TO BRANCHVILLE.

12  Q.   DOES-- WHERE DOES THE ROWESVILLE AND BRANCHVILLE SECTION

13  EXIST IN RELATION TO BULL SWAMP CREEK?

14  A.   IT'S DOWNSTREAM.  AND ALSO THE OTHER PORTION, SHILL'S

15  BRIDGE, IS DOWNSTREAM I BELIEVE OF BULL SWAMP CREEK.

16  Q.   HOW MANY TRIPS HAS THE RIVER RUNNER LED ON THE ROWESVILLE

17  TO BRANCHVILLE PORTION OF THE NORTH FORK OF THE EDISTO?

18  A.   OH, WE HAVE PROBABLY HAD FIVE OR SIX TRIPS THERE.  THE

19  MORE POPULAR ROUTE WE DO BECAUSE IT'S MORE CONDUCIVE TO NOVICE

20  PADDLERS IS DOWN THE MAIN STEM OF THE EDISTO FROM GREEN POND

21  CHURCH TO COLLETON STATE PARK.

22  Q.   GOING BACK FOR A SECOND TO THE ROWESVILLE TO BRANCHVILLE

23  PORTION, HAVE YOU GUIDED TRIPS ON THIS PORTION OF THE NORTH

24  FORK YOURSELF?

25  A.   YES, I HAVE.

1  Q.   DO YOU EXPECT TO DO SO AGAIN IN THE FUTURE?

2  A.   YES.

3  Q.   WHERE ON THE MAIN STEM OF THE EDISTO RIVER DOES RIVER

4  RUNNER TRIPS TAKE PLACE?

5  A.   FROM GREEN POND CHURCH, WHICH IS APPROXIMATELY EIGHT

6  MILES UPSTREAM FROM COLLETON STATE PARK.

7  Q.   AND WHERE IS THIS IN RELATION TO THE NORTH FORK OF THE

8  EDISTO?

9  A.   IT'S DOWNSTREAM, APPROXIMATELY-- APPROXIMATELY 10 MILES

10 BELOW THE CONFLUENCE OF THE NORTH FORK AND THE SOUTH FORK.

11 Q.   HOW MANY TRIPS PER YEAR DOES RIVER RUNNER LEAD ON THE

12 MAIN STEM OF THE EDISTO?

13 A.   WE PROBABLY LEAD ABOUT-- ABOUT EIGHT TO 10 TRIPS A YEAR,

14 AT LEAST.

15 Q.   DO YOU GUIDE TRIPS ON THE EDISTO YOURSELF?

16 A.   YES.

17 Q.   WHAT ARE THE RESPONSIBILITIES OF A GUIDE ON A RIVER

18 RUNNER CANOE TRIP?

19 A.   THE GUIDE'S DUTY IS TO COORDINATE THE LOGISTICS OF THE

20 TRIP, TO PROVIDE BASIC INSTRUCTION FOR THE MEMBERS OF THE

21 TRIP, TO ENSURE THE SAFETY OF ALL THE PARTICIPANTS OF THE

22 TRIP, AND THAT INCLUDES RESCUING CANOES WHEN THEY TURN OVER,

23 HELPING, ASSISTING PARTICIPANTS IN GETTING BACK IN THEIR

24 CANOES.  ON CERTAIN SEGMENTS OF THE RIVER, PARTICULARLY THE

25 NORTH FORK, IT INVOLVES A LOT OF CANOE ACTIVITY IN MOVING

1   CANOES FROM LOG TO LOG AND GOING OVER OBSTRUCTIONS.

2          THE COURT:  ONE MOMENT MR. JONES, IF YOU HEAR THAT

3   OCCASIONAL THUNDER, THAT'S YOU, YOU ARE A LITTLE BIT CLOSE TO

4   THE MICROPHONE.  JUST SEPARATE YOURSELF A LITTLE BIT AND IT

5   WILL PICK YOU UP.

6          THE WITNESS:  THANK YOU, SIR.

7   BY MR. WAGNER:

8   Q.  DO THE GUIDES ON A RIVER RUNNER CANOE TRIP EVER GO INTO

9   THE WATER?

10  A.  OH, YES, WE DO.

11  Q.  WHY WOULD THEY GO INTO THE WATER?

12  A.  WELL, GENERALLY IT WOULD BE TO ASSIST A MEMBER OF THE

13  TRIP IN GETTING BACK INTO THEIR CANOE OR IT MAY BE, AS I WAS

14  JUST SAYING, TO ASSIST IN PULLING A CANOE OVER AN OBSTRUCTION,

15  AND NOT INFREQUENTLY IT MAY BE JUST BECAUSE THEY HAPPENED TO

16  TURN OVER THEMSELVES.

17  Q.  HOW FREQUENTLY DO YOU GO INTO THE WATER WHEN YOU GUIDE

18  TRIPS?

19  A.  USUALLY EACH TRIP THERE IS AT LEAST ONE OR TWO REASONS TO

20  GO INTO THE WATER.

21  Q.  DO RIVER RUNNER'S CLIENTS SWIM IN THE RIVER DURING THE

22  COURSE OF A TRIP?

23  A.  FREQUENTLY, PARTICULARLY ON THE EDISTO, THE EDISTO IS

24  CONSIDERED TO BE A VERY INVITING RIVER FOR SWIMMING.

25  Q.  DO THEY WADE IN THE RIVER DURING THE COURSE OF A TRIP?

1  A.   YES.

2  Q.   DO THEY PICNIC ALONGSIDE THE RIVER?

3  A.   YES.

4  Q.   DO THEY FISH IN THE RIVER?

5  A.   SOMETIMES.

6  Q.   DO THEY CATCH FISH?

7  A.   YES.

8  Q.   WHAT DO THEY DO WITH THE FISH THAT THEY CATCH?

9  A.   SOME PEOPLE TAKE THE FISH HOME AND PRESUMABLY I ASSUME

10  THEY WOULD EAT THEM.

11  Q.   ARE YOU CONCERNED ABOUT THE QUALITY OF THE WATER IN THE

12  RIVERS IN WHICH YOU CANOE?

13  A.   YES, VERY MUCH.

14  Q.   WHAT IS YOUR CONCERN?

15  A.   WELL, OUR BUSINESS IS VERY MUCH DEPENDENT UPON THE

16  PUBLIC'S PERCEPTION THAT WATER QUALITY IS GOOD, PEOPLE ARE

17  REALLY ONLY INTERESTED IN TAKING CANOE TRIPS IN AREAS THAT

18  ARE-- THAT HAVE HIGH AQUATIC QUALITY AND THAT YOU WOULDN'T

19  MIND SWIMMING IN OR WADING IN.

20  Q.   WHAT DO YOU UNDERSTAND TO AFFECT THE QUALITY OF THE

21  WATER?

22  A.   WELL, ON THE EDISTO THE HEAVY METALS THAT MAY BE PRESENT

23  FROM THE GASTON COPPER PLANT POSE A VERY REAL CONCERN.  OF

24  COURSE, LEVELS OF NON-POINT SOURCE POLLUTION, THAT IS RUN OFF

25  FROM FIELDS AND URBAN AREAS, IS ANOTHER FORM OF POLLUTION.

1  Q.   DOES THE AMOUNT OF POLLUTION IN THE WATER IN WHICH YOU

2  CANOE AND SWIM AFFECT YOU?

3       MR. JACOBS:   MAY IT PLEASE THE COURT, THERE IS NO

4  EVIDENCE OF POLLUTION IN THE WATER AND I OBJECT TO THE

5  QUESTION.

6       THE COURT:   IT SEEMS A GOOD OBJECTION, I-- YOU

7  HAVEN'T ESTABLISHED THAT HE KNOWS ANYTHING ABOUT THE CONTENT

8  OF THE WATER.

9  BY MR. WAGNER:

10 Q.   DOES YOUR BELIEF IN THE QUALITY OF THE WATER, INCLUDING

11 THE AMOUNT OF POLLUTION THAT YOU BELIEVE TO BE IN THE WATER,

12 AFFECT YOUR ENJOYMENT OF CANOEING OR SWIMMING IN THE WATER?

13 A.   WELL, YES, IT DOES VERY MUCH.

14 Q.   IN WHAT WAY?

15 A.   I HAVE GREATER CONFIDENCE IN OUR ABILITY TO MARKET OUR

16 TRIPS TO THE GENERAL PUBLIC WHEN WE ARE TAKING PEOPLE INTO AN

17 AREA THAT THEY ARE GOING TO HAVE A QUALITY EXPERIENCE AND THAT

18 THEIR HEALTH IS GOING TO BE NOT THREATENED BY THE QUALITY OF

19 THE WATER.

20 Q.   IF YOU BELIEVED THERE TO BE LESS POLLUTION IN THE WATER,

21 WOULD THAT--

22       MR. JACOBS:   MAY IT PLEASE THE COURT, I OBJECT TO

23 ANYTHING HE BELIEVES ABOUT POLLUTION.   THERE IS NO TESTIMONY

24 THAT ANYTHING IN THE EDISTO HAS ATTRIBUTED OR IMPACTED ON THE

25 BUSINESS.

1          MR. WAGNER:  YOUR HONOR, HE STATED THAT HE'S

2   CONCERNED ABOUT THE QUALITY OF THE WATER AND THAT IT WAS

3   POLLUTANTS THAT CAUSED THAT CONCERN.

4          THE COURT:  I HEARD THAT, YES.

5          MR. WAGNER:  AND I'M TRYING TO DETERMINE HOW THAT

6   CONCERN AFFECTS HIS ACTIVITIES ON THE WATER.

7          THE COURT:  YOU DIDN'T ASK HIM THAT, IF YOU WANT TO

8   ASK HIM HOW DO YOUR CONCERNS AFFECT YOUR--

9   BY MR. WAGNER:

10  Q.  MR. JONES, HOW DOES YOUR CONCERN ABOUT POLLUTION AFFECT

11  YOUR ENJOYMENT OF CANOEING AND SWIMMING?

12  A.  WELL, WE TEND TO DIRECT OUR ACTIVITIES IN THE FORM OF

13  CANOE TRIPS TOWARD AREAS THAT PEOPLE WILL ENJOY AND WILL FEEL

14  SAFE IN, AND SO WE ARE VERY CONCERNED.  AND THIS INVOLVES

15  EVERY RIVER THROUGHOUT THE STATE THAT WE-- AT ONE POINT OR

16  ANOTHER WE'VE PROBABLY CONDUCTED A TRIP ON JUST ABOUT EVERY

17  NAVIGABLE RIVER IN SOUTH CAROLINA.  THE QUALITY OF THE WATER

18  ON AN ONGOING BASIS IS OF PARAMOUNT CONCERN TO US.

19  Q.  IF YOU WERE LESS CONCERNED ABOUT THE POLLUTION IN THE

20  WATER, HOW WOULD THAT AFFECT YOUR ENJOYMENT OF SWIMMING AND

21  CANOEING?

22          MR. JACOBS:  MAY IT PLEASE THE COURT--

23          THE COURT:  I SUSTAIN THE OBJECTION, IT CALLS FOR

24  SPECULATION.

25  BY MR. WAGNER:

1   Q.   ARE YOU YOURSELF, ASIDE FROM YOUR BUSINESS INTERESTS,

2   CONCERNED ABOUT THE QUALITY OF THE WATER THAT WE HAVE BEEN

3   DISCUSSING?

4   A.   YES, I AM.

5   Q.   ARE YOU CONCERNED ABOUT THE QUALITY OF THE NORTH FORK OF

6   THE EDISTO?

7   A.   YES.

8   Q.   ARE YOU CONCERNED ABOUT THE QUALITY OF THE MAIN STEM OF

9   THE EDISTO?

10   A.   YES.

11   Q.   DO YOU CANOE OR KAYAK ON THOSE AREAS ASIDE FROM LEADING

12   TRIPS AS A GUIDE?

13   A.   YES, I DO.

14   Q.   IN THE SAME AREAS THAT YOU MENTIONED PREVIOUSLY?

15   A.   THOSE AREAS AND OTHERS AS WELL.

16   Q.   ARE YOU A MEMBER OF THE CITIZENS LOCAL ENVIRONMENTAL

17   ACTION NETWORK?

18   A.   YES.

19   Q.   HOW DID YOU BECOME A MEMBER?

20   A.   THROUGH AN ASSOCIATION WITH THE LEADERSHIP OF THE-- OF

21   CLEAN, MEETING WITH THEM THROUGH VARIOUS ACTIVITIES THAT THEY

22   HAVE BEEN ENGAGED IN AT VARIOUS PUBLIC MEETINGS AND FUNCTIONS

23   THAT INVOLVE ENVIRONMENTAL MATTERS.

24   Q.   ARE YOU A MEMBER OF FRIENDS OF THE EARTH?

25   A.   YES, I AM.

1  Q.   HOW DID YOU BECOME A MEMBER OF FRIENDS OF THE EARTH?

2  A.   I HAVE BEEN A MEMBER OF FRIENDS OF THE EARTH SINCE

3  PROBABLY SOMETIME IN THE MID 70'S.  AND ALSO I HAVE BEEN A

4  MEMBER OF THE ENVIRONMENTAL POLICY CENTER WHICH ALONG WITH THE

5  ENVIRONMENTAL POLICY INSTITUTE MERGED WITH FRIENDS OF THE

6  EARTH.

7  Q.   DO YOU PAY DUES TO FRIENDS OF THE EARTH?

8  A.   YES.

9  Q.   DO YOU PAY DUES TO CLEAN?

10  A.   YES.

11  Q.   WHAT DO YOU RECEIVE FROM FRIENDS OF THE EARTH AS A

12  MEMBER?

13  A.   FRIENDS OF THE EARTH MAILS NEWSLETTERS, ACTION ALERTS.

14  THEY-- THEY HOLD AND ASSIST IN HOLDING CONFERENCES IN

15  WASHINGTON, D.C. AND IN OTHER PLACES THROUGHOUT THE COUNTRY

16  THAT CITIZEN ACTIVISTS CAN ATTEND.

17  Q.   ARE YOU EVER ASKED TO RESPOND TO COMMUNICATIONS FROM

18  FRIENDS OF THE EARTH?

19  A.   YES, THERE HAVE BEEN ACTION ALERTS AND BROCHURES THAT

20  HAVE INQUIRED ABOUT THE LEVEL OF INTEREST THAT CITIZENS HAVE

21  IN GROUND WATER PROTECTION AND IN WATER POLLUTION ISSUES IN

22  GENERAL.

23  Q.   DO YOU EVER RESPOND TO THESE REQUESTS?

24  A.   YES, I HAVE DONE THAT.

25  Q.   WHY ARE YOU A MEMBER OF FRIENDS OF THE EARTH AND CLEAN?

1   A.   I JUST FIRMLY BELIEVE THAT ENVIRONMENTAL ADVOCACY IS A

2   VERY IMPORTANT TOOL IN THE WORK THAT EVERY ONE OF US IS

3   ENGAGED IN IN TRYING TO LIVE IN A CLEANER, HEALTHIER AND SAFER

4   WORLD.   AND MY UNDERSTANDING OF THE WAY ENVIRONMENTAL LAWS

5   FUNCTION LEADS ME TO BELIEVE THAT ADVOCACY GROUPS HAVE A GREAT

6   ROLE TO PLAY.

7   Q.   ARE THERE PARTICULAR ISSUES THAT FRIENDS OF THE EARTH AND

8   CLEAN ARE INVOLVED WITH THAT YOU-- THAT ARE OF INTEREST TO

9   YOU?

10  A.   YES, WATER QUALITY, PUBLIC LANDS, HAZARDOUS WASTE,

11  LANDFILLS.

12  Q.   HOW DO THESE ORGANIZATIONS ADDRESS YOUR CONCERN ABOUT

13  WATER QUALITY?

14  A.   WELL, I THINK PERHAPS ONE OF THE BEST WAYS IS SIMPLY BY

15  BRINGING TO THE PUBLIC'S ATTENTION MATTERS THAT ARE IMPORTANT

16  AND SHOULD BE THOUGHT ABOUT.

17  Q.   ARE THERE ANY OTHER WAYS?

18  A.   WELL, BY DISSEMINATING INFORMATION THROUGH NEWSLETTERS,

19  PROVIDING OPPORTUNITIES FOR CITIZENS WHO ARE INTERESTED IN

20  ENVIRONMENTAL PROTECTION TO COME TOGETHER AND SHARE

21  INFORMATION AND WORK TOGETHER.

22  Q.   MR. JONES, ARE YOU INTERESTED IN KNOWING HOW MUCH

23  POLLUTION IS IN THE RIVERS IN WHICH YOU SWIM AND ON WHICH YOU

24  CANOE?

25  A.   WELL, YES, VERY MUCH.

1  Q.  ARE YOU ABLE TO TEST THESE WATERS FOR POLLUTION YOURSELF?

2  A.  NO, I CANNOT.

3  Q.  ARE YOU ABLE TO TEST THE DISCHARGE OF INDIVIDUAL

4  WASTEWATER DISCHARGERS YOURSELF?

5  A.  NO, I CAN'T.

6  Q.  AND WHY CAN YOU NOT CONDUCT THESE TESTS YOURSELF?

7  A.  I DON'T HAVE THE SCIENTIFIC CAPABILITY OR THE RESOURCES

8  IN TERMS OF TIME OR MONEY TO DO THAT.

9  Q.  IF YOU CANNOT TEST THE WATER YOURSELF, HOW CAN YOU KNOW

10  WHETHER POLLUTION IS BEING DISCHARGED INTO THE WATER UPSTREAM

11  FROM WHERE YOU SWIM AND CANOE?

12  A.  I CAN ONLY RELY UPON THE MONITORING ACTIVITIES THAT ARE A

13  PART OF THE CLEAN WATER ACT.

14  Q.  WHO CONDUCTS THESE MONITORING ACTIVITIES?

15  A.  MY UNDERSTANDING IS THAT THE EPA THROUGH THE STATE

16  REGULATORY AGENCIES, IN OUR CASE DHEC, HAVE PERMIT SYSTEMS

17  WHICH BASICALLY PROVIDE FOR EACH PERMIT HOLDER TO SUBMIT

18  REPORTS ON THE TYPE OF POLLUTANTS THAT ARE BEING DISCHARGED

19  AND THE LEVELS.

20  Q.  IF GASTON COPPER DOES NOT MONITOR ITS DISCHARGES

21  ACCURATELY, HOW DOES THAT AFFECT YOU?

22  A.  WELL, IT MEANS THAT I DON'T HAVE A SOURCE OF INFORMATION

23  OF POTENTIAL CONTAMINANTS THAT MIGHT BE COMING FROM THEIR

24  FACILITY.

25  Q.  IF GASTON COPPER DOES NOT REPORT ITS MONITORING RESULTS

1    ACCURATELY, HOW DOES THAT AFFECT YOU?

2    A.    IT MEANS THAT THERE MIGHT BE MORE POLLUTANTS, HIGHER

3    LEVELS OF POLLUTANTS IN THE WATER THAN I WOULD BE AWARE OF

4    OTHERWISE.

5             MR. WAGNER:   THANK YOU.

6                       CROSS EXAMINATION

7    BY MR. JACOBS:

8    Q.    MR. JONES, WHAT LEVEL OF POLLUTANTS ARE IN THE WATER

9    RIGHT NOW IN THE EDISTO?

10   A.    I'M SORRY, SIR, COULD YOU REPEAT THE QUESTION?

11   Q.    WHAT LEVEL OF POLLUTANTS ARE IN THE EDISTO?

12   A.    I'M NOT CERTAIN.

13   Q.    IT DOESN'T AFFECT YOUR BUSINESS ONE BIT, DOES IT?

14   A.    WELL, I'M AFRAID IT DOES VERY MUCH.

15   Q.    HAVE YOU HAD ANYBODY CANCEL A TRIP BECAUSE OF GASTON

16   COPPER RECYCLING OPERATIONS?

17   A.    WELL, I CAN TELL YOU FROM 13 YEARS OF EXPERIENCE THAT THE

18   PUBLIC IS VERY, VERY CONCERNED ABOUT THE QUALITY OF THE WATER

19   THAT THEY INTEND TO RECREATE IN, WHETHER IT BE--

20            MR. JACOBS:   MAY IT PLEASE THE COURT, I ASKED A

21   QUESTION AND I DON'T THINK THE ANSWER IS RESPONSIVE.

22            THE COURT:   WOULD YOU REPEAT THE QUESTION?

23   BY MR. JACOBS:

24   Q.    HAVE YOU EVER HAD A CUSTOMER CANCEL A TRIP BECAUSE YOU

25   ARE GOING ON THE EDISTO BECAUSE OF THE OPERATION OF GASTON

1  COPPER RECYCLING?

2  A.   I DON'T KNOW.

3  Q.   ALL RIGHT, SIR.  HOW MANY POINT SOURCES OF DISCHARGE ARE

4  THERE ON THE EDISTO RIVER OR ITS TRIBUTARIES?

5  A.   I DON'T KNOW THAT.

6  Q.   HOW MANY IN THE NORTH FORK OF THE EDISTO?

7  A.   I DON'T KNOW THAT EITHER.

8  Q.   HOW ABOUT THE SOUTH FORK OF THE EDISTO?

9  A.   I DON'T KNOW THAT EITHER.

10 Q.   HOW FAR FROM THE NORTH FORK OF THE EDISTO IS IT FROM LAKE

11 WATSON?

12 A.   FROM LAKE--

13 Q.   WATSON?

14 A.   IS THAT THE LAKE THAT MR. SHEALY WAS REFERRING TO

15 EARLIER?

16 Q.   NO, SIR, THAT IS THE DISCHARGE POINT OF GASTON COPPER

17 RECYCLING.

18 A.   HOW FAR IS THAT FROM THE NORTH FORK OF THE EDISTO?

19 Q.   YES, SIR.

20 A.   I BELIEVE IT'S APPROXIMATELY 10 TO 15 MILES.

21 Q.   WHAT IS THE VOLUME OF THE WATER DISCHARGING INTO THE

22 EDISTO BASIN?

23 A.   I DON'T KNOW THAT IN CUBIC FEET PER SECOND.

24 Q.   HOW ABOUT IN THE NORTH FORK OF THE EDISTO?

25 A.   I DON'T KNOW THAT EITHER.

```
 1   Q.   WHAT IS THE VOLUME OF DISCHARGE FROM GASTON COPPER

 2   RECYCLING?

 3   A.   I'M AFRAID I DON'T KNOW THAT.

 4             MR. JACOBS:  THANK YOU.

 5             THE COURT:  ANY QUESTIONS ON REDIRECT?

 6             MR. WAGNER:  NO, YOUR HONOR.

 7             THE COURT:  VERY GOOD, YOU MAY STEP DOWN.

 8             MR. WAGNER:  PLAINTIFF CALLS WILLIAM MCCULLOUGH.

 9             THE CLERK:  STATE YOUR NAME FOR THE RECORD.

10             THE WITNESS:  WILLIAM E. MCCULLOUGH, JR.

11             THE CLERK:  SPELL YOUR LAST NAME, PLEASE.

12             THE WITNESS:  M-C-C-U-L-L-O-U-G-H.

13              WILLIAM E. MCCULLOUGH, JR., SWORN

14                     DIRECT EXAMINATION

15   BY MR. WAGNER:

16   Q.   MR. MCCULLOUGH, WHERE DO YOU LIVE?

17   A.   CHAPIN.

18   Q.   DO YOU ENGAGE IN ANY WATER SPORTS?

19   A.   YES.

20   Q.   WHICH ONES?

21   A.   SCUBA DIVING.

22   Q.   ANY OTHERS?

23   A.   BOATING ON OCCASION.

24   Q.   WHERE DO YOU SCUBA DIVE?

25   A.   LAKE MURRAY PRIMARILY, COOPER RIVER, AND I HAVE BEEN TO
```