# Attachment A

GASTON COPPER RECYCLING CORPORATION
QUALITY CONTROL LABORATORY
GASTON, S.C.

## ANALYTICAL RESULTS

Requested By **Ken Quattlebaum** Dept. **P/m** Date **06-08-92**

| SAMPLE NO | DESCRIPTION | ANALYSIS | LABORATORY NO. | % – PPM – g/l |
|---|---|---|---|---|
| 333 | Composit Sample DMP System Only (OOI) for metal & TSS. | Cadmium | | <0.006 |
| | | Copper | | 0.023 |
| | | Lead | | <0.032 |
| | | Mercury | | <0.2 ppb |
| | | Nickel | | <0.011 |
| | | Zinc | | <0.008 |
| | | Iron | | 0.022 |
| | | Oil & Grease | | |
| | | pH | | |
| | | TSS | | 7.7 mg/l |

Date Reported **6-9-92** By **Joe Riley** Page No. _____

000116

01 04286